HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED

JAN 2 9 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Shawn Bertram Armstead          Docket No.: 1:08CR00302-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  **Shawn Bertram Armstead**  having been sentenced, on January 5, 2009, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Fairton SCP  , in Fairton, NJ  by 2 p.m., on  February 17, 2009  .

1-29-09
Date

PAUL L. FRIEDMAN   By Alan Kay U.S. Magistrate
UNITED STATES DISTRICT JUDGE   Judge as per the
Direction of Trial Judge

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                    DEFENDANT

Revised 6-2004